Certificate Number: 02114-ILN-DE-010816065
Bankruptcy Case Number: 1071274

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 05/02/10, at 12:21 o'clock AM EST, Linda D Rockwell completed a course on personal financial management given by <u>Internet</u> by Consumer Credit Counseling Service of Greater Atlanta, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District Of Illinois.

Title:   <u>Bankruptcy Program Director</u>                          Date:   <u>05.02.10</u>
By:  /s/Doug Erickson

Consumer Credit Counseling Service (CredAbility):
Phone: 866-672-2227
Email: info@cccsinc.org
Website: www.cccsbankruptcy.org
Tax ID: 58-0942924

1